IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2068-FL

| | | |
|---|---|---|
| COREY WADE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHAN C. MINER, | ) | |
| | ) | |
| Respondent. | ) | |

On April 19, 2010, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 24, 2010, the court dismissed this action without prejudice. The matter now is before the court on petitioner's motion to expand the record (DE # 15) filed on December 7, 2010. Because the court dismissed petitioner's action, his motion to expand the record (DE # 15) is DENIED as moot.

SO ORDERED, this the 14 day of February, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge